IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECUREBUY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1792 (LPS) |
| | ) |
| CARDINAL COMMERCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**SECUREBUY, LLC'S
MOTION FOR INJUNCTION**

WHEREAS, Plaintiff, SecureBuy, LLC desires to resolve the above-referenced action and has voluntarily removed its accused products and services from the market;

WHEREAS, Defendant, CardinalCommerce Corporation has indicated that so long as no injunction against SecureBuy exists, there is a possibility of future harm to Defendant, CardinalCommerce Corporation;

WHEREAS, Plaintiff, SecureBuy, LLC desires to remove any the possibility of future harm to Defendant, CardinalCommerce Corporation, Plaintiff, SecureBuy, LLC; and

WHEREAS, Plaintiff, SecureBuy, LLC desires to eliminate the burden of litigation on this Court and on the Parties to this Action;

THEREFORE, SecureBuy, LLC respectfully requests and moves this Court for an injunction enjoining SecureBuy, LLC from making, using, offering for sale, or selling in the United States, its 3D-Secure MPI product known as the "SecureBuy 2.0 3D-Secure MPI" (the "accused products and services"),  as well as any other hosted 3D-Secure MPI product as defined

in the attached injunction, either alone or in combination with other products or services, for the life of U.S. Patent No. 7,051,002; 7,763,783; and 8,140,429 (collectively, the "patents-in-suit").

/s/ *John W. Shaw*

OF COUNSEL:

Brian A. Tollefson
Elizabeth R. Leifer-Brenner
Dan McCallum
Jennifer Maisel
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040

Dated:  May 23, 2014

John W. Shaw (#3362)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
(302) 298-0700
jshaw@shawkeller.com

*Attorneys for Plaintiff SecureBuy, LLC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECUREBUY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1792 (LPS) |
| | ) |
| CARDINAL COMMERCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER OF INJUNCTION**

At Wilmington this _____ day of _____, 2014, the Court having considered the motion of Plaintiff SecureBuy, LLC for an injunction; **IT IS ORDERED** that the motion is **GRANTED**.

**INJUNCTION**

1. SecureBuy, LLC has been accused of infringing U.S. Patent No. 7,051,002; 7,763,783; and 8,140,429 (collectively, the "patents-in-suit") by making, using, offering for sale, or selling in the United States, its 3D-Secure MPI product known as the "SecureBuy 2.0 3D-Secure MPI" (the "accused products and services").

2. For the life of the patents-in-suit, SecureBuy, LLC is **ENJOINED** from making, using, offering for sale, or selling in the United States, the accused products and services;

3. For the life of the patents-in-suit, SecureBuy, LLC is **ENJOINED** from making, using, offering for sale, or selling in the United States, any product or service defined as follows:

  a. Unauthorized Hosted 3D-Secure MPI Products and Services Covered By Injunction:   A product or service not offered by CardinalCommerce Corporation that enables authentication of the 3D-Secure Initiative for multiple merchants by providing one or more plug-ins on a third party server capable of facilitating 3D-Secure authentication of a consumer in connection with a commercial transaction with a merchant.

4. Either party may seek an adjustment to this injunction for good cause.


_____
United States District Judge